Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

|  |  |
|---|---|
| United States of America<br>v.<br>Damone Keith Adams II a/k/a Black a/k/a Dame a/k/a D<br>a/k/a Plata O Plomo a/k/a Dad<br><br>*Defendant* | )<br>)<br>)   Case No.  1:20-cr-68-01<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Damone Keith Adams II a/k/a Black a/k/a Dame a/k/a D a/k/a Plata O Plomo a/k/a Dad     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Continuing Criminal Enterprise

Date:  06/04/2020

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  6/4/2020 , and the person was arrested on *(date)*  7/31/2020
at *(city and state)*    Detroit, MI             .

Date:  8/7/2020

Jay Ferguson
*Arresting officer's signature*

Jay Ferguson DUSM
*Printed name and title*