# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING SUBSTITUTE COUNSEL** |
| vs. | ) | |
| Damone Keith Adams, II, | ) | Case No. 1:20-cr-068 |
| Defendant. | ) | |

Defendant has filed a pro se pleading seeking relief under Amendment 821 to the United States Sentencing Guidelines. (Doc. No. 1623). The Federal Public Defender's Office was appointed to represent Defendant pursuant to standing order issued by Chief Judge Welte on October 26, 2023.

On November 15, 2023, the Federal Public Defender's Office filed a Motion to Withdraw, citing a newly discovered conflict. (Doc. No. 1627). For good cause shown, the Court **GRANTS** the motion (Doc. No. 1627) and authorizes the Federal Public Defender's Office to withdraw. Attorney Jonathan Byers is appointed to represent Defendant.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2023.

                                          */s/ Clare R. Hochhalter*
                                          Clare R. Hochhalter, Magistrate Judge
                                          United States District Court